UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HECTOR VARGAS MEDINA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-02503-TMC<br><br>ORDER GRANTING MOTION FOR BRIEFING SCHEDULE |

On December 9, 2025, Petitioner Hector Vargas Medina filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that he is in custody in violation of the Constitution or laws of the United States. Dkt. 1. The same day, Petitioner filed an unopposed motion for an expedited briefing schedule. Dkt. 2. Having reviewed the petition and accompanying motion, the Court GRANTS the motion for briefing schedule and directs Respondents to show cause why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243 (requiring return "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

Accordingly, the Court ORDERS:

1. Respondents shall file a return to the habeas petition no later than December 23, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

2. Any traverse Petitioner wishes to file shall be due by December 31, 2025. The clerk shall note the matter for December 31, 2025.

3. Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer Petitioner from the Northwest Immigration and Customs Enforcement Processing Center or to remove him from the United States.

4. The clerk is directed to effectuate immediate service of the habeas petition filed in this case upon Respondents by emailing a copy of the habeas petition and this order to usawaw.Habeas@usdoj.gov.

5. Petitioner's counsel shall provide Petitioner's A-file number promptly to the U.S. Attorney's Office via email to counsel for Federal Respondents, who entered an appearance on December 9, 2025 (Dkt. 3).

Dated this 9th day of December, 2025.

Tiffany M. Cartwright
United States District Judge